DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF FEE ASSESSMENT UNDER 8 U.S.C. § 1815

Fee Tracking Number: ███████

File Number: ███████

In the Matter of: **INESTROZA CARBAJAL, CARLOS**

Name

**80 29th St Brooklyn, NEW YORK, 11232**

Address (Number, Street, City, State, and Zip Code)

The U.S. Department of Homeland Security hereby provides notice of the following determinations:

☒ You are not a citizen or national of the United States,

☒ You have been apprehended by the U.S. Department of Homeland Security between ports of entry, and

☒ You are inadmissible under INA § 212(a), 8 U.S.C. § 1182(a).

Based on the foregoing, under 8 U.S.C. § 1815, you are required to pay a fee in the amount of $5,130

**Payment in full is due now.** See the enclosed **Payment Options** for instructions on how to make payment.

**Failure to promptly pay this debt has consequences**, including the accrual of interest, administrative costs, and a late payment penalty charge pursuant to 31 U.S.C. § 3717, 6 C.F.R. § 11.10, and 31 C.F.R. § 901.9. Interest shall accrue at the rate that is equal to the applicable U.S. Bureau of the Fiscal Service Current Value of Funds Rate on the delinquent principal debt amount from the date of this Notice. Administrative costs include costs for processing and handling of delinquent balances which accrue at 15% on the delinquent debt amount.

You can avoid assessment of interest and administrative costs if payment in full is received within thirty (30) days of this Notice date. Additionally, a late payment penalty charge will be assessed at the annual rate of 6% on any amount that is delinquent for more than ninety (90) days from the date of this Notice.

If you fail to promptly pay this debt, DHS may take any or all of the following actions:

- Refer your debt to the Department of Treasury's Cross-Servicing Program for further debt collection actions.
- Refer your debt to a private collection agency.
- Refer your debt to the U.S. Department of Justice to initiate collection litigation.
- Collection of this debt by administrative offset of any eligible Federal and State payments due to you.
- Report the indebtedness to national credit bureaus, which could adversely affect your credit rating.
- Take this debt into consideration, to the extent permitted by law, in future immigration-related proceedings, including admissibility determinations.

DHS Form 1815 (9/25)

Page 1 of 2

Exhibit B

INESTROZA CARBAJAL, CARLOS
_____
Name

File Number: ▆▆▆▆▆▆▆▆▆▆

Fee Tracking Number: ▆▆▆▆▆▆▆▆▆▆

You may file a written dispute of this Notice within 30 days from the date of the issuing immigration officer's signature listed below. You may request to inspect and copy records related to this debt. You may request to enter into a reasonable written repayment agreement that is acceptable to the agency to pay this debt in installments. You may submit an offer in compromise to settle this debt in accordance with 31 U.S.C. § 3711. Any such dispute, request to inspect and copy records, request of a reasonable written repayment agreement, or offer in compromise must be submitted to INAfees@cbp.dhs.gov .

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
_____
Signature of Issuing Immigration Officer

Deportation Officer
_____
Title of Issuing Immigration Officer

04/20/2026
_____
Notice Date

---

### Certificate of Service

AR 10319   RAINA
_____
Served By (Print Name)

04/20/2026
_____
Date Served

RAINA, AR 10319  - Deportation Officer
_____
Name and title of employee or officer

▆▆▆▆▆▆▆▆▆▆▆▆▆▆
_____
Signature of employee or officer

East Meadows, NY
_____
Place of service

INESTROZA CARBAJAL, CARLOS
_____
Person served (print name)

_____
Signature of person served
☒ Refusal to sign

Method of Service

☒ Personal Delivery

☐ First Class Mail

☐ Personal Delivery - Residence

☐ Delivery to Attorney by _____

☐ Certified or Registered Mail

DHS Form 1815 (9/25)